UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHAD PAUL TRAHAN | CIVIL ACTION |
| VERSUS | NO: 19-10145 |
| LT. SWARTZ, ET AL. | SECTION: "A" (1) |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of United States Magistrate Judge van Meerveld and the failure of the Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of United States Magistrate Judge Janis van Meerveld and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that the Plaintiff Chad Trahan's 42 U.S.C. § 1983 claims against the Defendants are **DISMISSED WITH PREJUDICE** as frivolous and/or failing to state a claim upon which relief may be granted.

November 6, 2019

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE